IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RYAN ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 20-00076-CV-W-GAF ) |
| THE DEPARTMENT OF VETERAN AFFAIRS, et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER OF RECUSAL

The undersigned hereby recuses himself from any further involvement in this case. The Clerk of Court is directed to randomly reassign this case to another judge for all further proceedings.

IT IS SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 4, 2020