IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RYAN W ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-00076-CV-RK |
| | ) |
| THE DEPARTMENT OF VETERANS AFFAIRS, VETERANS HEALTH ADMINISTRATION; DR. RICHARD STONE, EXECUTIVE IN CHARGE VHA; DR WILLIAM PATTERSON, VISN 15 DIRECTOR; RICKY AMENT, ROBERT J DOLE VAMC FACILITY DIRECTOR; VALERIE MCCLARAN, PSB CHAIRPERSON, CRNA; CHRISTINA DEAN, EMPLOYEE RELATIONS/LABOR RELATIONS; AND SANDRA MILLER, EMPLOYEE RELATIONS/LABOR RELATIONS; | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff's Complaint (Doc. 1) was filed on February 4, 2020. On February 14, 2020, Plaintiff filed its Return of Service of the Complaint (Docs. 7, 8, 9) showing that Defendants Sandra Miller, Christina Dean, and Ricky Ament were served on February 10, 2020. Thus, their answers were due on or before March 2, 2020. To date, no answers have been filed, and the time for Defendants to respond has expired. *See* Fed. R. Civ. P. 12(a)(1)(A). However, Plaintiff has not applied for an entry of default against Defendants Miller, Dean, or Ament for failure to answer or otherwise defend. *See* Fed. R. Civ. P. 55(a).

Accordingly, it is **ORDERED** that Plaintiff show cause on or before March 31, 2020, why this case as against Defendants Miller, Dean, or Ament should not be dismissed for failure to prosecute.  If Plaintiff fails to show cause or apply for an entry of default by March 31, 2020, its case as against Defendants will be dismissed for failure to prosecute without further notice.  The Clerk of Court is directed to mail a copy of this order to Plaintiff by regular mail.

**IT IS SO ORDERED.**

                                                    s/ Roseann A. Ketchmark
                                                ROSEANN A. KETCHMARK, JUDGE
                                                UNITED STATES DISTRICT COURT

DATED:  March 16, 2020