Ryan Roberts
201 S. Grand Mere Ct
Wichita, KS 67230



WICHITA KS 670
14 MAY 2020 PM 3 L

RECEIVED
2020 MAY 18 AM 11:23

Honorable Roseann A. Ketchmark
United States Courts - Western District of Missouri
400 E. 9th Street
KCMO 64106

5/14/2020

Ryan Roberts, CRNA
201 S. Grand Mere Ct.
Wichita, KS 67230

Honorable Roseann A. Ketchmark
400 E 9th Street
KCMO 64106

Re: 4:20-cv-00076 Roberts v. The Department of Veterans Affairs et al

Dear Judge Ketchmark,

    The purpose of this letter is to request service be effectuated by the USM. I apologize for failing to ensure this was properly completed the first time, as I now more clearly understand the process. I was under the impression that upon paying the Sedgwick County Sheriff's Department for service, that a Deputy would be serving each individual defendant at the Robert J. Dole VAMC. That was an incorrect assumption.

    Your ruling, based on the facts I've submitted, could be a key component in a much larger issue of patient safety, and how the system should allow issues to be reported without retaliation by individuals serving in an official capacity for a Federal Agency. Thank you for allowing me the leeway to correct this matter.

Very respectfully,

*Ryan Roberts, CRNA*

Ryan Roberts, CRNA