IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RYAN ROBERTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF VETERANS AFFAIRS, DR. ) <br> RICHARD STONE, DR. WILLIAM PATTERSON, ) <br> RICKY AMENT, VALERIE McCLARAN, ) <br> CHRISTINA DEAN, and SANDRA MILLER, ) <br> ) <br> Defendants. ) | Case No. 20-00076-CV-W-RK |

# ENTRY OF APPEARANCE

Pursuant to W.D. Mo. Local Rule 83.5(o), Jeffrey P. Ray, Deputy United States Attorney, enters an appearance as counsel for named defendants Department of Veterans Affairs, Richard Stone, M.D., William Patterson, M.D., Ricky Ament, Valerie Mcclaran, Christina Dean, And Sandra Miller,, in the above-referenced case.

        Respectfully submitted,

        Timothy A. Garrison
        United States Attorney

By    */s/ Jeffrey P. Ray*

        Jeffrey P. Ray
        Deputy United States Attorney
        Missouri Bar No. 35632

        Charles Evans Whittaker Courthouse
        400 East Ninth Street, Fifth Floor
        Kansas City, MO 64106
        (816) 426-3130
        FAX: (816) 426-3165
        E-MAIL: Jeffrey.Ray@usdoj.gov

        ATTORNEYS FOR DEFENDANTS